627 A.2d 1124

STATE OF NEW JERSEY v. DAVID MORTIMER.

February 3, 1993.

ORDER

Certification to Superior Court, Law Division, Middlesex County, is granted.